UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | | |
|---|---|---|
| ANDREW LAMAR PRICE, | ) | |
| | ) | |
| *Petitioner*, | ) | Civil Action No. 15-cv-131 Erie |
| v. | ) | |
| | ) | ORDER |
| MONICA RECKENWALD, | ) | |
| | ) | |
| *Respondent*. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED** due to Plaintiff's failure to exhaust administrative remedies.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 14th day of November, 2016.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE